**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| ROGER LENAHAN, | Case No. 2:25-cv-02247-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| NORTHWESTERN LONG TERM CARE INSURANCE COMPANY, | |
| Defendant. | |

Having reviewed the proposed Stipulation by Plaintiff Roger Lenahan ("Plaintiff") and Northwestern Long Term Care Insurance Company ("Defendant"), the Court finds that good cause has been shown, and it is hereby ORDERED that the Stipulation is GRANTED, and that Defendant's response to the Complaint previously due on or before January 20, 2026 is now due to be filed on or before February 9, 2026.

IT IS SO ORDERED.

Dated: _1/20/2026_____          _____

Hon. Daniel J. Albregts
United States Magistrate Judge

1