# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ROGER LENAHAN,<br><br>        Plaintiff,<br><br>        v.<br><br>NORTHWESTERN LONG TERM CARE<br>INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:25-cv-02247-JAD-DJA<br><br>**ORDER<br>GRANTING ECF<br>NO. 19** |

Having reviewed the proposed Stipulation by Plaintiff Roger Lenahan ("Plaintiff") and Northwestern Long Term Care Insurance Company ("Defendant"), the Court finds that good cause has been shown, and it is hereby ORDERED that the Stipulation is GRANTED, and that Defendant's response to the Complaint previously due on or before February 9, 2026, is now due to be filed on or before February 19, 2026.

IT IS SO ORDERED.

Dated: _Februarv 6. 2026_

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1