Anna M. Martin, State Bar No. 7079
Email: amartin@kantorlaw.net
KANTOR & KANTOR, LLP
316 California Avenue, Suite 216
Reno, NV 89509
Tel: (877) 783-8686 | Fax: (818) 350-6272

Glenn R. Kantor, admitted *pro hac vice*
E-mail: gkantor@kantorlaw.net
Jaclyn D. Conover, admitted *pro hac vice*
E-mail: jconover@kantorlaw.net
Mark T. Lounsbury, State Bar No. 15271
E-mail: mlounsbury@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave. Suite 1400
Northridge, CA 91324
Tel: (818) 886-2525 | Fax: (818) 350-6272

Attorneys for Plaintiff and Counter-Defendant
ROGER LENAHAN

Edith Sanchez Shea, *pro hac vice* pending
E-mail: eshea@bwslaw.com
Nancy Jerian Marr, admitted *pro hac vice*
E-mail: nmarr@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Michael R. Brooks, State Bar No. 7287
E-mail: mbrooks@ghidottiberger.com
GHIDOTTI | BERGER LLP
7251 W. Lake Mead Blvd., Suite 470
Las Vegas, NV 89128
Tel: 949.427.2010 | Fax: 949.427.2732
Attorneys for Defendant and Counterclaimant
NORTHWESTERN LONG TERM CARE INSURANCE COMPANY

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROGER LENAHAN,

Plaintiff,

vs.

NORTHWESTERN LONG TERM CARE INSURANCE COMPANY,

Defendant.

CASE NO.: 2:25-cv-02247-JAD-DJA

Judge: Hon. Jennifer A. Dorsey

**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND PROPOSED ORDER OF DISMISSAL**

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

| | |
|---|---|
| NORTHWESTERN LONG TERM CARE INSURANCE COMPANY,<br>Counterclaimant,<br>vs.<br>ROGER LENAHAN,<br>Counter-Defendant. | Complaint Filed: December 18, 2025<br>Counterclaim Filed: February 19, 2026 |

Plaintiff and Counter-Defendant Roger Lenahan ("Plaintiff") and Defendant and Counterclaimant Northwestern Long Term Care Insurance Company ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. On June 2, 2026, the Parties filed a Notice of Settlement [ECF No. 36], advising the Court that they had reached an agreement in principle to resolve this action.

2. On July 1, 2026, the Court entered a Minute Order in light of that notice, ordering the Parties to file a stipulation and proposed order of dismissal by July 17, 2026 [ECF No. 37].

3. The Parties have reached an agreement in principle to settle this action. However, the Parties are continuing to meet and confer regarding the final terms of the settlement agreement and the dismissal documents due to an issue relating to Roger Lenahan's estate and payment thereto that must be resolved before the settlement can be finalized and the stipulation of dismissal can be executed and filed.

4. The Parties require additional time to resolve this issue and finalize the settlement documentation. Accordingly, the Parties respectfully request that the Court extend the deadline to file the stipulation and proposed order of dismissal from July 17, 2026 up to and including August 17, 2026.

5. This is the Parties' first request for an extension of this deadline. This request is made in good faith and not for purposes of delay.

6. If the Parties are unable to finalize the settlement and file the stipulation of dismissal by the new deadline, they will file a further status report with the Court advising of the status of the matter.

**IT IS SO STIPULATED.**

DATED: July 17, 2026

KANTOR & KANTOR, LLP

By: */s/Jaclyn D. Conover*
Anna M. Martin
Glenn R. Kantor, admitted *pro hac vice*
Jaclyn D. Conover, admitted *pro hac vice*
Mark T. Lounsbury
Attorneys for Plaintiff and Counter-Defendant ROGER LENAHAN

DATED: July 17, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Edith Sanchez Shea*
Edith Sanchez Shea, *pro hac vice* pending
Nancy Jerian Marr, admitted *pro hac vice*
Michael R. Brooks
Attorneys for Defendant and Counterclaimant NORTHWESTERN LONG TERM CARE INSURANCE COMPANY

**IT IS SO ORDERED.**

U.S. District Judge Jennifer A. Dorsey
Dated: July 20, 2026, nunc pro tunc to July 17, 2026

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525