Anna M. Martin, State Bar No. 7079
Email: amartin@kantorlaw.net
KANTOR & KANTOR, LLP
316 California Avenue, Suite 216
Reno, NV 89509
Tel: (877) 783-8686 | Fax: (818) 350-6272

Glenn R. Kantor, admitted *pro hac vice*
E-mail: gkantor@kantorlaw.net
Jaclyn D. Conover, admitted *pro hac vice*
E-mail: jconover@kantorlaw.net
Mark T. Lounsbury, State Bar No. 15271
E-mail: mlounsbury@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave. Suite 1400
Northridge, CA 91324
Tel: (818) 886-2525 | Fax: (818) 350-6272
Attorneys for Plaintiff and Counter-Defendant,
Lisa Lenahan, as Special Administrator of the Estate of Roger Lenahan

Edith Sanchez Shea, admitted *pro hac vice*
E-mail: eshea@bwslaw.com
Nancy Jerian Marr, admitted *pro hac vice*
E-mail: nmarr@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 | Fax: 213.236.2700

Michael R. Brooks, State Bar No. 7287
E-mail: mbrooks@ghidottiberger.com
GHIDOTTI | BERGER LLP
7251 W. Lake Mead Blvd., Suite 470
Las Vegas, NV 89128
Tel: 949.427.2010 | Fax: 949.427.2732
Attorneys for Defendant and Counterclaimant,
Northwestern Long Term Care Insurance Company

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA LENAHAN, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ROGER CHRISTOPHER LENAHAN,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN LONG TERM CARE INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:25-cv-02247-JAD-DJA<br><br>Judge: Hon. Jennifer A. Dorsey<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND PROPOSED ORDER OF DISMISSAL (THIRD REQUEST)**<br><br>[ECF No. 45] |

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

| | |
|---|---|
| NORTHWESTERN LONG TERM CARE INSURANCE COMPANY,<br><br>Counterclaimant,<br><br>vs.<br><br>LISA LENAHAN, as Special Administrator of the Estate of Roger Lenahan,<br><br>Counter-Defendant. | Complaint Filed: December 18, 2025<br><br>Counterclaim Filed: February 19, 2026 |

Plaintiff and Counter-Defendant Lisa Lenahan, as Special Administrator of the Estate of Roger Lenahan ("Plaintiff"), and Defendant and Counterclaimant Northwestern Long Term Care Insurance Company ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. On June 2, 2026, the Parties filed a Notice of Settlement [ECF No. 36], advising the Court that they had reached an agreement in principle to resolve this action.

2. On July 1, 2026, the Court entered a Minute Order ordering the Parties to file a stipulation and proposed order of dismissal by July 17, 2026 [ECF No. 37].

3. On July 17, 2026, the Parties filed a Joint Stipulation for an Order Extending the deadline to file the Stipulation and Proposed Order of Dismissal [ECF No. 38].

4. On July 20, 2026, the Court granted the stipulation and extended the deadline to August 17, 2026 [ECF No. 39].

5. On August 17, 2026, the Parties filed a second Joint Stipulation to extend that deadline [ECF No. 40].

6. On August 21, 2026, the Court granted the stipulation and extended the deadline to November 16, 2026 [ECF No. 41].

7. On October 16, 2026, the Court substituted Plaintiff for the late Roger Lenahan [ECF No. 44].

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525

8. The Parties have since finalized the settlement agreement. However, the settlement still requires approval of the probate court overseeing the Estate of Roger Lenahan, after which the Parties will promptly file the stipulation of dismissal.

9. Accordingly, the Parties respectfully request that the Court extend the deadline to file the stipulation and proposed order of dismissal from November 16, 2026, up to and including January 15, 2027.

10. This is the Parties' third request for an extension of this deadline. This request is made in good faith and not for purposes of delay.

11. If the Parties are unable to finalize the settlement and file the stipulation of dismissal by the new deadline, they will file a further status report with the Court advising of the status of the matter.

**IT IS SO STIPULATED.**

DATED: November 16, 2026

Kantor & Kantor, LLP

By: */s/ Mark T. Lounsbury*
Anna M. Martin
Glenn R. Kantor, admitted *pro hac vice*
Jaclyn D. Conover, admitted *pro hac vice*
Mark T. Lounsbury
Attorneys for Plaintiff and Counter-Defendant, Lisa Lenahan, as Special Administrator of the Estate of Roger Lenahan

DATED: November 16, 2026

Burke, Williams & Sorensen, LLP

By: */s/ Nancy Jerian Marr*
Edith Sanchez Shea, admitted *pro hac vice*
Nancy Jerian Marr, admitted *pro hac vice*
Michael R. Brooks
Attorneys for Defendant and Counterclaimant, Northwestern Long Term Care Insurance Company

**ORDER**

Based on the parties' stipulation [ECF No. 45] and with good cause appearing, **the parties' stipulation to dismiss this case is due January 15, 2027.**

U.S. District Judge Jennifer A. Dorsey
November 19, 2026

KANTOR & KANTOR LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
(818) 886 2525